IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff ) <br> ) <br> JONATHAN D. NELSON, et al ) <br> ) <br> Defendants, ) <br> ) <br> and, ) <br> ) <br> XIT LAND & ENERGY, INC., ) <br> CHISUM TRAVEL CENTER, LTD., ) <br> Z8 PROPERTIES, LTD. ) <br> THREE STARS AVIATION, LLC, ) <br> CHISUM COACH, LTD. ) <br> CHISUM CAPITAL, INC. ) <br> CHISUM FUEL, LTD. ) <br> CHISUM LAKEVIEW, LTD. ) <br> BLAKERS BAR & GRILL, LTD. ) <br> CHISUM TURNSTALL CAPITAL ) <br>   MANAGEMENT, LLC ) <br> FIELDTON DRAW PROPERTIES, LTD. ) <br> LAS VEGAS SAFES, LTD. ) <br> TTUATM LAND GROUP, LLC ) <br> ARROW ACQUISITIONS, LLC ) <br> CAPROCK ENERGY, INC. And ) <br> CHISUM MOUNTAIN HOMES, INC. ) <br> HILLARY A. NELSON ) <br> Relief Defendants. ) | Civil Action No. <br> 5-05CV0266-C <br><br> U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF TEXAS <br> FILED <br><br> FEB 23 2007 <br><br> CLERK, U.S. DISTRICT COURT <br> By _____ <br>       Deputy |

RECEIVER'S COMPLAINT FOR DAMAGES

Comes now Robert B. Wilson, Temporary Receiver, and files this complaint against Pardue Trucking Company and John Pardue, Individually, and Michael Scott Foster, and would show as follows:

1.   Robert B. Wilson was appointed Temporary Receiver ("Receiver") on November 16,

2005. He continued to operate one of the assets of this Receivership, being an entity known as Chisum Travel Center ("Travel Center"), located at 2611 East Slaton Highway, Lubbock County, Texas.

2.   On or about October 9, 2006, a truck driven by Michael Scott Foster and owned by John Pardue, dba Pardue Trucking Company, of 1604 Wesley Drive, Mesquite, Texas 75149, ran into and damaged a light pole located on the premises of the Travel Center. Michael Scott Foster of P.O. Box 444, Gordon, Texas 76453, was employed by Pardue Trucking Company and was acting within the course and scope of his employment in operating the truck. The light pole was substantially damaged by the collision, as more particularly described below.

3.   The collision was a direct and proximate result of the negligence of the Defendant and his driver, in the following respects:

   a.   Defendant's Driver drove his truck in a reckless and negligent manner.

   b.   Defendant's Driver drove his truck directly into a concrete light pole as he was driving through the parking lot of the Travel Center.

   c.   The Defendant's Driver failed to maintain control of his truck and operated the truck in a manner so as to lose control of the vehicle.

   d.   Defendant's Driver failed to maintain a proper lookout and failed to see the light pole before he struck it.

Each of the preceding acts of negligence was a direct and proximate cause of the collision and ensuing damage to the light pole on the property under the control of the Receivership.

As a further proximate result of the collision and of Defendants' negligence, Plaintiff suffered a loss of at least the sum of $6,088.01, which is the amount that will be required to repair the damage caused by the acts of the Defendants.

PRAYER

Receiver respectfully requests the following relief:

Judgment against the Defendants in the amount of $6,088.01;

Cost of suit;

Any further relief at law or in equity that the Court deems appropriate.

Respectfully submitted,

_____
Robert B. Wilson, Temporary Receiver
Jonathan D. Nelson, et al, Receivership

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion has been delivered by electronic mail on the 23 day of February 2007, to the persons or entities listed on the attached matrix.:

_____
Robert B. Wilson

Service List:

J. Kevin Edmundson
U.S. Securities & Exchange Commission
Ft. Worth Regional Office
edmundsonk@sec.gov

Charles M. Meadows, Jr.
Attorney for Jonathan D. Nelson
cmeadow@meadowsowens.com

Kimberly C. Priest-Johnson
Attorney for Jonathan D. Nelson
johnson@meadowsowens.com

Eric D. Dixon
Attorney for Ron Bulber
ppreston09@yahoo.com

Dan Duncan Davison
Attorney for Patterson UTI
ddavison@fulbright.com

Kelly Gill
Attorney for Snyder National Bank
Claim for Atty. Fees
kgill@mcmahonlawtx.com

Nevill Manning
Attorney for R&W Supply, et al
nmannning@lubbocklawfirm.com

Wm. Reagan Wynn
Atty for Jeff Kearney/Charles Meadows, Jr.
rwynn@kearneylawfirm.com

Ms. Megan J. Fahey, Asst. U.S.Atty
U.S. Department of Justice
Burnett Plaza Suite 1700
801 Cherry Street Unit 84
Fort Worth, Texas 76102-6882
Ms. Louise Hytken
Attorney, Tax Division
U.S. Dept. Of Justice
717 N. Harwood, Suite 400
Dallas, Texas

Steve J. Korotash
U.S. Securities & Exchange Commission
Fort Worth Regional Office
komotashs@sec.gov

David N. Reed
Attorney for Jonathan D. Nelson
dreed@meadowsowens.com

Mike Calfin
Attorney for Cindy & Jason Martini
mclaw@nts-online.net

J. Edwin Price
Attorney for Mark Cook
eprice1@nts-onlin.net

Gerard G. Pecht
Attorney for Patterson UTI
gpecht@fulbright.com

Samuel S. Allen
Attorney for Crockett National Bank
sallen@jw.com

J. Paul Manning
Attorney for R&W Supply, et al
jpmanning@lubbocklawfirm.com

M. Michael Cauley, Jr.
Attorney for Restorhaus, L.P.
mccauley@mcjllp.com

Mike Conlon\
Attorney for Patterson UTI
mconlon@fulbright.com