IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | Civil Action No. 5:05-CV-266-C<br>ECF |
| JONATHAN D. NELSON, | ) ) |
| Defendant, | ) ) |
| XIT LAND & ENERGY, INC., et al., | ) ) |
| Relief Defendants. | ) |
| _____ | |
| ROBERT B. WILSON, Receiver of the Estate of Jonathan D. Nelson, Complainant | ) ) ) |
| v. | ) ) |
| DOUG SABO, Respondent | ) |

## JUDGMENT

The Court on this date has entered an order making findings of fact and conclusions of law concerning the above-styled and -numbered cause. For the reasons set forth in the order, the Court renders the following judgment:

IT IS ORDERED, ADJUDGED, AND DECREED that Complainant, ROBERT B. WILSON, RECEIVER OF THE ESTATE OF JONATHAN D. NELSON, recover the sum of $17,019.62 from Respondent, DOUG SABO. Costs of court are taxed against Respondent.

Dated November 16, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT